IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD KEENE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 02-CV-3523 |
| v. | : | |
| | : | |
| CAMPUS TELEVIDEO, LAMONT DIGITAL SYSTEMS, INC. AND EDWARD M. LAMONT, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 29th day of January, 2003, upon consideration of Defendants' Motion to Dismiss (Docket No. 6), Plaintiff's Response (Docket No. 8), and Defendants' Reply thereto (Docket No. 10), it is **ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.