<u>CERTIFICATE OF SERVICE</u>

    I, Debbie L. Goldberg, certify that I have delivered the foregoing Motion for Leave to Amend to the following persons by **first-class mail** and **facsimile** on this date:

        Heather A. Hoyt, Esquire
        Pepper Hamilton LLP
        400 Berwyn Park
        899 Cassatt Road
        Berwyn, PA 19312

        David J. Burke, Esquire
        Robinson & Cole LLP
        695 East Main Street
        P.O. Box 10305
        Stamford, CT 06904


                                                  _____
                                                  DEBBIE L. GOLDBERG


Dated: August 21, 2003