```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| RONALD KEENE : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | NO. 02-CV-3523 |
| : | |
| CAMPUS TELEVIDEO, LAMONT DIGITAL : | |
| SYSTEMS, INC., and EDWARD M. : | |
| LAMONT : | |
| : | |
| Defendants. : | |

**<u>O R D E R</u>**

AND NOW, this _____ day of _____, 2003 upon consideration of Plaintiff s Motion for Leave to Amend and any response thereto,

It is hereby ORDERED that Plaintiff s Motion for Leave to Amend is GRANTED and plaintiff may file the Amended Complaint attached to the Motion as Exhibit A.

_____
                                                                                      J.